| | |
|---|---|
| Name | Jason Crews |
| Address | 1515 N Gilbert Rd, 107-204 |
| | Gilbert, AZ 85210 |
| Telephone | (602)295-1875 |

```
☒ FILED      ___ LODGED
___ RECEIVED  ___ COPY

    MAR 2 0 2024

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Jason Crews )
)
)
　　　　Plaintiff, )   Case No.  **CV24-00596-PHX-GMS**
)
vs. )   **MOTION TO ALLOW**
)   **ELECTRONIC FILING**
Subscriber(s) associated with (470)524-5 )   **BY A PARTY APPEARING**
☒ )   **WITHOUT AN ATTORNEY and**
　　　　Defendant. )   **SUPPORTING INFORMATION**
)
_____)

I, Jason Crews _____, declare that I am the Plaintiff/Defendant representing myself in this action; that I hereby request permission to electronically file and serve my documents.  I state that, upon a showing of good cause below, I am able to comply with the equipment and rule requirements governing electronic filing.

In further support of this application, I answer the following questions:

A.  Type of personal computer and related software/equipment available for use:

- Personal computer running a standard platform such as Windows or Mac OSX.
- PDF-compatible word processor such as Corel WordPerfect or Microsoft Word
- Internet access (high speed is recommended)
- A Web browser. Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5 have been tested and certified for compatibility with ECF, and are therefore recommended
- PDF conversion software - Adobe Acrobat version 6 or higher (Standard or Professional) is recommended
- Scanner for paper exhibits or other supporting documents which exist only in paper
- Adobe Acrobat Reader is needed for viewing e-filed PDF documents

_____
_____
_____
_____
_____

B.  Do you have a personal electronic mailbox of sufficient capacity to send and receive electronic notice of case related transmissions?

Yes [✓]   No [ ]

C.  Are you currently or will you be a subscriber to PACER (Public Access to Court Electronic Records)?

Yes [✓]   No [ ]

D.  Have you read and become familiar with the District of Arizona's ECF Administrative Policies and Procedures Manual?

Yes [✓]   No [ ]

E.  Are you able to comply with all of the requirements, including the electronic submission of documents in .pdf, of the District of Arizona's ECF Administrative Policies and Procedures Manual?

Yes [✓]   No [ ]

F.  Are you able to comply with the privacy policy of the Judicial Conference of the United States and the E-Government Act of 2002?

Yes [✓]   No [ ]

DATED this \_17\_ day of \_March\_, 200\_24\_

_____
Your signature in ink

Jason Crews
Your name typed or printed

1515 N Gilbert Rd 107-204
Gilbert, AZ 85210
Address

(602)295-1875
Telephone Number

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Plaintiff, | ) ) ) ) ) CV ) ) **ORDER** ) ) ) ) |
| vs. | |
| Defendant. | |

**IT IS ORDERED,**

☐  **GRANTING** the Motion to Allow Electronic Filing by a Party Appearing Without an Attorney in this case only. The party is required to comply with all rules outlined in the District of Arizona's Case Management/Electronic Case Filing Administrative Policies and Procedures Manual, have access to the required equipment and software, have a personal electronic mailbox of sufficient capacity to send and receive electronic notice of case related transmissions, be able to electronically transmit documents to the court in .pdf, complete the attached form to register as a user with the Clerk's Office within five (5) days of the date of this Order, register as a subscriber to PACER (Public Access to Electronic Records) within five (5) days of the date of this Order and comply with the privacy policy of the Judicial Conference of the United States and the E-Government Act of 2002.

Any misuse of the ECF system will result in immediate discontinuation of this privilege and disabling of the password assigned to the party.

☐ **DENYING** the Motion to Allow Electronic Filing by a Party Appearing Without an Attorney.

DATED this _____ day of _____, 200____.

_____
United States District/Magistrate Judge