Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 2 0 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT ARIZONA
# PHOENIX DIVISION

| | |
|---|---|
| Jason Crews,<br><br>Plaintiff,<br><br>vs.<br><br>Subscriber(s) associated with (470)524-5363,<br><br>Defendants. | Case No.: **CV24-00596-PHX-GMS**<br><br>Plaintiff's *Ex Parte* Motion to Serve Third-Party Subpoena prior to a Rule 26(f) conference.<br><br>DEMAND FOR JURY TRIAL |

Pursuant to Fed. R. Civ. P. 26(d)(1), Plaintiff hereby moves this honorable court to enter an order granting Plaintiff leave to serve a third-party subpoena under Rule 45 on Twillo International, Inc, and any subsequent downstream providers as it may identify, prior to a Rule 26(f) conference, seeking the subscriber identity, to include the name of the subscriber, address, contact telephone number, website, and e-mail address for the telephone number (470)524-5363.

COMPLAINT- 1

RESPECTFULLY SUBMITTED on this March 17, 2024.

                                                                          /s/*Jason Crews*
                                                                          Jason Crews

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

/s/*Jason Crews*
Jason Crews

COMPLAINT- 2