Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: 2:24-cv-00596-GMS |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER |
| Subscriber(s) associated with (470)524-5363, | |
| Defendants | |
| | DEMAND FOR JURY TRIAL |

**THIS CAUSE** came before the Court upon Plaintiff's *Ex Parte* Motion to Extend the Deadline to Serve Defendants**,** and the Court being duly advised in the premises does hereby **FIND, ORDER AND ADJUDGE:**

1.  Plaintiff established that "good cause" exists for to Extend the Deadline to Serve Defendants.

2.  Plaintiff's deadline to serve Defendants is extended to September 17, 2023.

COMPLAINT- 1

DONE AND ORDERED this ___ day of _____, 202___.


By: _____

Hon. _____, U.S. District Judge

COMPLAINT- 2