Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews,<br><br>Plaintiff,<br><br>vs.<br><br>Subscriber(s) associated with (470)524-5363,<br><br>Defendants. | Case No.: 2:24-cv-00596-GMS<br><br>Plaintiff's Second *Ex Parte* Motion to Serve Third-Party Subpoena prior to a Rule 26(f) conference.<br><br>DEMAND FOR JURY TRIAL |

  Pursuant to Fed. R. Civ. P. 26(d)(1), Plaintiff hereby moves this honorable court to enter an order granting Plaintiff leave to serve a third-party subpoena under Rule 45 on Twillo International, Inc, and any subsequent downstream providers as it may identify, prior to a Rule 26(f) conference, seeking the subscriber identity, to include the name of the subscriber, address, contact telephone number, website, and e-mail address for the telephone number (470)524-5363.

COMPLAINT- 1

1  RESPECTFULLY SUBMITTED on this June 15, 2024.

3                                               */s/Jason Crews*
4                                         Jason Crews

6  **COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

8         */s/Jason Crews*
9   Jason Crews

COMPLAINT- 2