Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER |
| Subscriber(s) associated with (470)524-5363, | |
| | DEMAND FOR JURY TRIAL |

**[PROPOSED] ORDER ON MOTION FOR LEAVE TO SERVE A THIRD-PARTY
SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE**

 **THIS CAUSE** came before the Court upon Plaintiff's Motion for Leave to Serve A Third-Party Subpoena Prior to a Rule 26(f) Conference (the "Motion"), and the Court being duly advised in the premises does hereby **FIND, ORDER AND ADJUDGE:**

1. Plaintiff established that "good cause" exists for him to serve a third-party subpoena on Twillo International, Inc, and any downstream telephone providers it identifies.

COMPLAINT- 1

2. Plaintiff, through his counsel, may serve Twillo International, Inc and any downstream telephone Providers it identifies a Rule 45 subpoena commanding the(m) to provide Plaintiff with the true name, address, contact telephone number, website, and e-mail address for the subscriber(s) to the telephone numbers (470)524-5363.

3. Plaintiff may also serve a Rule 45 subpoena in the same manner as above on any other entity that is identified in response to the subpoena as a sub-provider, lessor, call center, aggregator, or similar provider, of the calls to the Defendant.

4. Plaintiff may use the information disclosed in response to these subpoenas for the purpose of enforcing his TCPA claims, as more fully set forth in his complaint.

5. The clerk shall issue Plaintiff's proposed subpoenas.

DONE AND ORDERED this ___ day of _____, 202___.


By: _____

Hon. _____, U.S. District Judge

COMPLAINT- 2