# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | No. CV-24-00596-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Unknown Party, et al., | |
| Defendants. | |

Before the Court is Plaintiff's Second *Ex Parte* Motion to Serve Third-Party Subpoena (Doc. 14). Accordingly,

**IT IS ORDERED** that Plaintiff's Second *Ex Parte* Motion for Discovery (Doc. 14) is **denied without prejudice**. Plaintiff may renew his motion upon explanation as to the basis on which he has concluded that Defendants are "subscribers" to Twillo International Inc., such that Twillo would have the information sought, and there is a plausible basis for Plaintiff to seek to discover it from Twillo.

Dated this 15th day of July, 2024.

_____
G. Murray Snow
Chief United States District Judge