Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: 2:24-cv-00596-GMS |
| Plaintiff, | |
| vs. | Plaintiff's Second *Ex Parte* Motion to |
| Subscriber(s) associated with (470)524-5363, | Extend the Deadline to Serve Defendants |
| Defendants. | |
| | DEMAND FOR JURY TRIAL |

Plaintiff respectfully moves the Court for an order extending the deadline to serve Defendants by an additional 90 days, and in support thereof states as follows:

**Factual Background**

- Plaintiff initially filed this matter on March 21, 2024. Doc. 1.
- On the same day, Plaintiff filed a Motion to Serve Third-Party Subpoena Prior to Rule 26(f) Conference under Rule 45, along with proposed subpoenas, as required by General Order 18-19. Doc. 4.
- The Court ordered all defendants to be served no later than July 19, 2024. Doc. 13.
- On June 15, 2024, Plaintiff filed Plaintiff's Second Ex Parte Motion to Serve Third-Party Subpoena prior to a Rule 26(f) conference. Doc. 14.

COMPLAINT- 1

- On July 15, 2024, the Court denied Plaintiff's Plaintiff's Second Ex Parte Motion to Serve Third-Party Subpoena prior to a Rule 26(f) conference with leave to renew his motion. Doc. 15. The Court, however, did not extent Plaintiff's deadline to serve and it remains July 19, 20224.

**Argument**

Federal Rule of Civil Procedure 4(m) permits the Court to extend the time for service for an appropriate period if the plaintiff shows good cause for the failure to serve within the prescribed period. Good cause is typically found when the delay is due to external factors beyond the control of the plaintiff, including awaiting a court decision.

In this case, Plaintiff has shown diligence by promptly filing a motion to serve third-party subpoenas. However, it took the Court 30 days to rule on his motion, and it is not practical to renew the motion, await a ruling, serve third parties (assuming the court rules in Plaintiff's favor), await the third parties response to said subpoenas, and act accordingly.

Additionally, Plaintiff is in the midst of traveling out of State, and will not be able to appropriately address the Court's concerns until he returns July 21, 2024.

**Conclusion**

For the foregoing reasons, Plaintiff respectfully requests that the Court grant an additional 90 days to effectuate service on the Defendants. This extension will allow sufficient Plaintiff to appropriately address to the Court's concerns and act accordingly once a ruling has been made.

RESPECTFULLY SUBMITTED on this July 17, 2024.

*/s/Jason Crews*

Jason Crews

COMPLAINT- 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT- 3