1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

9   Jason Crews,

10                    Plaintiff,

11   v.

12   Unknown Party, et al.,

13                    Defendants.

14

No. CV-24-00596-PHX-GMS

**ORDER**

15      Before the Court is Plaintiff's *ex parte* Motion for Extension of Time to Serve
16   Defendants (Doc. 16).

17      The Court will grant Plaintiff's *ex parte* Motion for Extension of Time to Serve
18   Defendants (Doc. 16) but only for a 60-day extension, not a 90-day extension.

19      **IT IS ORDERED** granting in part and denying in part Plaintiff's Motion for
20   Extension to Serve Defendants (Doc. 16).

21      **IT IS FURTHER ORDERED** extending the service deadline to and including
22   **September 17, 2024**.  There will be no further extensions.

23      **IT IS FURTHER ORDERED** directing the Clerk of Court to terminate any or all
24   Defendants in this matter, without further notice, that have not been served within the time
25   required by Fed. R. Civ. P. 4(m) on **September 18, 2024**.

26      Dated this 24th day of July, 2024.

27
28

G. Murray Snow
Chief United States District Judge