Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: 2:24-cv-00596-GMS |
| Plaintiff, | |
| vs. | Plaintiff's Third *Ex Parte* Motion to Serve Third-Party Subpoena prior to a Rule 26(f) conference. |
| Subscriber(s) associated with (470)524-5363, | |
| Defendants. | |
| | DEMAND FOR JURY TRIAL |

Pursuant to Fed. R. Civ. P. 26(d)(1), Plaintiff hereby moves this honorable court to enter an order granting Plaintiff leave to serve a third-party subpoena under Rule 45 on Twillo International, Inc, and any subsequent downstream providers as it may identify, prior to a Rule 26(f) conference, seeking the subscriber identity, to include the name of the subscriber, address, contact telephone number, website, and e-mail address for the telephone number (470)524-5363.

COMPLAINT- 1

1 | RESPECTFULLY SUBMITTED on this July 25, 2024.

*/s/Jason Crews*

Jason Crews

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

/s/*Jason Crews*

Jason Crews

COMPLAINT- 2