Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| Jason Crews,<br><br>             Plaintiff,<br>vs.<br>Subscriber(s) associated with (470)524-5363,<br>             Defendants. | Case No.: 2:24-cv-00596-GMS<br><br>Memorandum in Support of Plaintiff's Third *Ex Parte* Motion to Serve Third-Party Subpoena prior to a Rule 26(f) conference.<br><br>DEMAND FOR JURY TRIAL |

## INTRODUCTION

Plaintiff incorporates by reference his Memorandum in Support of Plaintiff's *Ex Parte* Motion to Serve Third-Party Subpoena prior to a Rule 26(f) conference (Doc. 4) and Memorandum in Support of Plaintiff's Second *Ex Parte* Motion to Serve Third-Party Subpoena prior to a Rule 26(f) conference (Doc. 14).

On July 15, 2024, this court ruled "Plaintiff may renew his motion upon explanation as to the basis on which he has concluded that Defendants are "subscribers" to Twillo International Inc., such that Twillo would have the information sought, and there is a plausible basis for Plaintiff to seek to discover it from Twillo" (Doc. 15).  In response Plaintiff states as follows.

## Explanation

Plaintiff does not intend to assert that Defendants are subscribers of Twillo

MEMORANDUM - 1

International, Inc ("Twillo").  To the contrary, he asserts "Searching for The Number in the iConective database reveals that number is serviced by Twillo International, Inc. However, this database does not reveal subscriber identity, as that information remains with the carrier", Doc 14 at 4 ¶¶ 2-4.

Twilio is a cloud communications platform that enables developers to integrate various communication services into their applications through a web service API. This platform provides capabilities such as sending and receiving text messages, making and receiving phone calls, and other communication functions. https://www.twilio.com/en-us/blog/what-does-twilio-do.  Amongst other things, Twilio allows users to provision phone numbers from many countries around the world. These numbers can be used to send and receive calls and SMS messages, and Once a number is provisioned, developers can implement the Twilio APIs in their applications to start communication services. For example, a business could integrate Twilio to handle customer service calls, automate text message alerts, or facilitate two-way messaging for user verification processes. *Id.* Twilo's services are technical in nature

While possible, it is unlikely that Defendants use Twilio directly.  More likely they are subscribers to some downstream service provider which in turn utilizes Twilio's services.  This could be any number of companies.  According to TheirStack.com 2,390 companies utilize Twilio' services is some way. https://theirstack.com/en/technology/twilio. This is why Plaintiff has requested the court extend additional time and subpoenas for "downstream providers".   If the Twilio account is linked to other services (like CRM systems or marketing platforms), additional subpoenas may be required to those service providers to trace the complete path of communication and identify the end user.

*/ / /*

MEMORANDUM - 2

**Conclusion**

For the foregoing reasons, the Court should GRANT the Plaintiff leave to serve a Rule 45 subpoena on Twilio, and any subsequent downstream telephone providers as it may identify, prior to a Rule 26(f) conference, seeking the subscriber identity, to include the name of the subscriber, address, contact telephone number, website, and e-mail address for the telephone numbers (470)524-5363.

RESPECTFULLY SUBMITTED on this July 25, 2024.

*/s/Jason Crews*

Jason Crews

**COPIES** of the forgoing were filed with the court electronically via CM/ECF on the same date.

*/s/Jason Crews*

Jason Crews

MEMORANDUM - 3