# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | No. CV-24-00596-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Unknown Party, et al., | |
| Defendants. | |

Before the Court is Plaintiff's Third *Ex Parte* Motion to Serve Third-Party Subpoena Prior to a Rule 26(f) Conference (Doc. 18).

Plaintiff does not present a plausible reason to believe that the numbers at issue can be identified by a subpoena served on Twillo.

Accordingly,

**IT IS ORDERED** denying Plaintiff's Third *Ex Parte* Motion to Serve Third-Party Subpoena prior to a rule 26(f) Conference (Doc. 18).

Dated this 29th day of July, 2024.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge