Jason Crews
1515 N. Gilbert Rd. 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | Case No.: CV-24-00596-PHX-GMS |
| Plaintiff, | |
| vs. | NOTICE OF DISMISSAL WITHOUT PREJUDICE |
| Unknown Party, *et al.*, | |
| Defendant(s) | |

With Unknown Party, Plaintiff Jason Crews, pursuant to Fed. R. Civ. P. 41, hereby dismisses the action **without prejudice**, with each party to bear its own costs, attorney's fees, and all other fees.  See e.g. *Bailey v. Shell Western E&P, Inc.*, 609 F.3d 710, 719 (5th Cir. 2010) (holding the plaintiff has the "absolute right" to a Rule 41(a)(1) dismissal, which right "may not be extinguished or circumscribed by adversary our court") (internal quotation marks and citations omitted).

///

1

Dated this August 27, 2024.

/s/*Jason Crews*

Jason Crews

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

By:     /s/*Jason Crews*

Jason Crews